IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE TYLE SULLIVAN**　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #610057

v.　　　　　　Case No. 4:20-cv-00740-KGB-JTK

**VETIS S. MALONE, Corporal,**　　　　　　　　　　　　　　**DEFENDANTS**
Varner Supermax, *et al.*

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff George Tyle Sullivan's complaint is dismissed (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 22nd day of February, 2022.

_____
Kristine G. Baker
United States District Judge